## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hawkins, Jakesha A

Printed:  4/15/08

Case Number:  06 B 06864
Judge:  Wedoff, Eugene R
Filed:  6/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  February 28, 2008
Confirmed:  January 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,108.35 |  |
| Secured: |  | 1,236.46 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,659.20 |
| Trustee Fee: |  | 212.69 |
| Other Funds: |  | 0.00 |
| Totals: | 4,108.35 | 4,108.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,659.20 | 2,659.20 |
| 2. | Greater Chicago Finance | Secured | 5,249.39 | 1,236.46 |
| 3. | Greater Chicago Finance | Unsecured | 699.43 | 0.00 |
| 4. | UCB Collection | Unsecured | 1,057.00 | 0.00 |
| 5. | MCSI | Unsecured | 1,250.00 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 554.41 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 508.34 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 466.07 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 612.94 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 6,310.00 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 6,151.99 | 0.00 |
| 12. | Nicor Gas | Unsecured | 222.98 | 0.00 |
| 13. | CCA | Unsecured | | No Claim Filed |
| 14. | Providian Financial | Unsecured | | No Claim Filed |
| 15. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 16. | KCA Financial Services | Unsecured | | No Claim Filed |
| 17. | Nationwide Cassel | Unsecured | | No Claim Filed |
| 18. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 19. | Robert J Biswurm And Associates | Unsecured | | No Claim Filed |
| 20. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 21. | Sallie Mae | Unsecured | | No Claim Filed |
| 22. | City of Des Plaines | Unsecured | | No Claim Filed |
| 23. | Sallie Mae | Unsecured | | No Claim Filed |
| 24. | Village of Midlothian | Unsecured | | No Claim Filed |
| 25. | Village of Midlothian | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hawkins, Jakesha A

Printed:  4/15/08

Case Number:  06 B 06864

Judge:  Wedoff, Eugene R

Filed:  6/13/06

| | | | |
|---|---|---|---|
| 26. | Village of Midlothian | Unsecured | No Claim Filed |
| 27. | Village of Midlothian | Unsecured | No Claim Filed |
| 28. | Village of Skokie | Unsecured | No Claim Filed |
| 29. | Matek Law Offices D C | Unsecured | No Claim Filed |
| 30. | Illinois State Tollway | Unsecured | No Claim Filed |
| 31. | Asset Acceptance | Unsecured | No Claim Filed |
| 32. | Illinois State Tollway | Unsecured | No Claim Filed |

$ 25,741.75          $ 3,895.66

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 73.52 |
| 5.4% | 139.17 |
| | $ 212.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: